**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39422**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2013 Unpublished Opinion No. 476 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: May 2, 2013 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| MICHAEL SHAWN SOUTH, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County. Hon. John T. Mitchell, District Judge.

Judgment of conviction and unified sentence of life, with five years determinate, for aggravated assault and being a persistent violator, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and MELANSON, Judge

_____

PER CURIAM

Michael Shawn South was found guilty of aggravated assault and being a persistent violator. Idaho Code §§ 18-901(a), 18-905(b), 18-2514. The district court sentenced South to a unified term of life, with five years determinate, but retained jurisdiction. South appealed from the judgment of conviction.[1] On appeal, he contends the district court abused its discretion by imposing an excessive sentence--particularly, an excessive indeterminate term.

_____

[1] While this appeal was pending, the district court relinquished jurisdiction following a period of retained jurisdiction. South then filed an Idaho Criminal Rule 35 motion, and the district court granted the motion, suspending the underlying sentence and placing South on probation.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, South's judgment of conviction and sentence are affirmed.